UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. SECURITIES AND EXCHANGE COMMISSION, *et al.*, <br><br> *Defendants.* | Case No. 3:24-cv-00069-GFVT |

## PROPOSED AGREED ORDER

Come the parties, by counsel, and agree pursuant to Local Rule 7.1(b), that defendants will have an extension of time to answer or otherwise respond to the complaint until and including March 24, 2025.

Dated: February 7, 2025

Russell Coleman
*Attorney General of Kentucky*

/s/ Justin D. Clark (with consent)
Justin D. Clark
*Civil Chief*
Adrian Del Valle
*Assistant Attorney General*
Commonwealth of Kentucky
Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
(502) 696-5300
justind.clark@ky.gov
adrian.delvalle@ky.gov
*Counsel for Commonwealth of Kentucky*

Respectfully submitted,

*/s/ Ezekiel L. Hill*

Jeffrey A. Berger
Illinois Bar No. 6282511
Ezekiel L. Hill
D.C. Bar No. 1684647
Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
(202) 551-5100
bergerje@sec.gov
hillez@sec.gov
*Counsel for Defendants*

<div style="display: flex;">
<div style="flex: 1;">

Michael T. Hilgers
*Attorney General of Nebraska*

/s/ Zachary B. Pohlman (with consent)
Zachary B. Pohlman (pro hac vice)
*Acting Deputy Solicitor General*
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, Nebraska 68509
(402) 471-2682
zachary.pohlman@nebraska.gov
*Counsel for State of Nebraska*


Patrick Morrissey
*Attorney General of West Virginia*

/s/ Michael R. Williams (with consent)
Michael R. Williams (pro hac vice)
*Solicitor General*
Office of the West Virginia Attorney General
State Capitol, Bldg. 1, Room E-26
1900 Kanawha Blvd. E.
Charleston, West Virginia 25305
304-558-2021
michael.r.williams@wvago.gov
*Counsel for State of West Virginia*

Brenna Bird
*Attorney General of Iowa*

/s/ Eric H. Wessan (with consent)
Eric H. Wessan (pro hac vice)
*Solicitor General*
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 823-9117
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov
*Counsel for State of Iowa*




Lynn Fitch
*Attorney General of Mississippi*

</div>
<div style="flex: 1;">

Jonathan Skrmetti
*Attorney General and Reporter of Tennessee*

/s/ Whitney D. Hermandorfer (with consent)
Whitney D. Hermandorfer (pro hac vice)
*Director of Strategic Litigation*
Harrison Gray Kilgore
*Strategic Litigation Counsel &*
*Assistant Solicitor General*
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-3491
whitney.hermandorfer@ag.tn.gov
harrison.kilgore@ag.tn.gov
*Counsel for State of Tennessee*

Ken Paxton
*Attorney General of Texas*
Brent Webster
*First Assistant Attorney General*
Ralph Molina
*Deputy First Assistant Attorney General*
Austin Kinghorn
*Deputy Attorney General for Legal Strategy*
Ryan D. Walters
*Chief, Special Litigation Division*

/s/ David Bryant (with consent)
David Bryant (pro hac vice)
*Special Counsel*
Munera Al-Fuhaid (pro hac vice)
*Special Counsel*
Mark A. Csoros (pro hac vice)
*Special Counsel*
Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
david.bryant@oag.texas.gov
munera.al-fuhaid@oag.texas.gov
mark.csoros@oag.texas.gov
*Counsel for State of Texas*

</div>
</div>

/s/ Whitney H. Lipscomb (with consent)
Whitney H. Lipscomb
*Deputy Attorney General*
(pro hac vice forthcoming)
Mississippi Attorney General's Office
P.O. Box 220
Jackson, MS 39205-0220
(601) 359-3680
whitney.lipscomb@ago.ms.gov
*Counsel for State of Mississippi*

Tim Griffin
*Attorney General of Arkansas*

/s/ Dylan L. Jacobs (with consent)
Dylan L. Jacobs (pro hac vice)
*Deputy Solicitor General*
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-3661
dylan.jacobs@arkansasag.gov
*Counsel for State of Arkansas*

Kris W. Kobach
*Attorney General of Kansas*

/s/ Erin B. Gaide (with consent)
Erin B. Gaide (pro hac vice)
*Assistant Attorney General*
120 SW 10th Avenue
Topeka, KS 66612-1597
(785) 296-7109
erin.gaide@ag.ks.gov
*Counsel for State of Kansas*

Theodore E. Rokita
*Attorney General of Indiana*

Austin Knudsen
*Attorney General of Montana*

/s/ Christian B. Corrigan (with consent)
Christian B. Corrigan
*Solicitor General*
(pro hac vice forthcoming)
Peter M. Torstensen, Jr.
*Deputy Solicitor General*
(pro hac vice forthcoming)
Montana Department of Justice
215 N. Sanders Street
Helena, Montana 59601
(406) 444-2026
christian.corrigan@mt.gov
peter.torstensen@mt.gov
*Counsel for State of Montana*

Dave Yost
*Attorney General of Ohio*

/s/ T. Elliot Gaiser (with consent)
T. Elliot Gaiser
*Ohio Solicitor General*
(pro hac vice forthcoming)
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
(614) 466-8980
thomas.gaiser@ohioago.gov
*Counsel for State of Ohio*

Andrew Bailey
*Attorney General of Missouri*

/s/ Caleb Rutledge (with consent)
Caleb Rutledge (pro hac vice)
*Assistant Attorney General*
Office of the Attorney General
Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-0812
Fax: (573) 751-0774
caleb.rutledge@ago.mo.gov
*Counsel for State of Missouri*

/s/ James A. Barta (with consent)
James A. Barta (pro hac vice)
*Solicitor General*
Indiana Attorney General's Office
IGCS – 5th Floor
302 W. Washington St.
Indianapolis, IN 46204
(317) 232-0709
james.barta@atg.in.gov
*Counsel for State of Indiana*

Elizabeth B. Murrill
*Attorney General of Louisiana*

/s/ J. Benjamin Aguiñaga (with consent)
J. Benjamin Aguiñaga (pro hac vice)
*Solicitor General*
Office of the Louisiana Attorney General
1885 North Third Street
Baton Rouge, LA 70804
(225) 326-6766
aguinagab@ag.louisiana.gov
*Counsel for State of Louisiana*

Gentner Drummond
*Attorney General of Oklahoma*

/s/ Garry M. Gaskins, II (with consent)
Garry M. Gaskins, II (pro hac vice)
*Solicitor General*
Office of the Attorney General
State of Oklahoma
313 N.E. 21st Street
Oklahoma City, OK 73105
Phone: (405) 521-3921
garry.gaskins@oag.ok.gov
*Counsel for State of Oklahoma*

Sean D. Reyes
*Attorney General of Utah*

/s/ Stanford E. Purser (with consent)
Stanford E. Purser
*Solicitor General*
(pro hac vice forthcoming)
Utah Attorney General's Office
160 East 300 South, 5th Floor
Salt Lake City, UT 84111
Tel. (801) 366-0100
spurser@agutah.go
*Counsel for State of Utah*

Alan Wilson
*Attorney General of South Carolina*

/s/ J. Emory Smith, Jr. (with consent)
J. Emory Smith, Jr. (pro hac vice)
*Deputy Solicitor General*
Office of the Attorney General
Post Office Box 11549
Columbia, South Carolina 29211
Phone: (803) 734-3642
Fax: (803) 734-3677
Email: esmith@scag.gov
*Counsel for State of South Carolina*

Ashley Moody
*Attorney General of Florida*

/s/ Christine K. Pratt (with consent)
Christine K. Pratt (pro hac vice)
Counselor to the Attorney General
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
christine.pratt@myfloridalegal.com
*Counsel for State of Florida*

/s/ Erin E. Murphy (with consent)
Paul D. Clement, VA Bar #37915 (pro hac vice)

Erin E. Murphy, VA Bar #73254 (pro hac vice)
C. Harker Rhodes IV, VA Bar #99759 (pro hac vice)
Kevin Wynosky, VA Bar #100624 (pro hac vice)
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com
erin.murphy@clementmurphy.com
harker.rhodes@clementmurphy.com
kevin.wynosky@clementmurphy.com

Paul N. Watkins, AZ Bar #32577 (pro hac vice)
Brunn (Beau) Roysden, AZ Bar #28698 (pro hac vice)
Fusion Law, PLLC
7600 N. 15th St., Suite 150
Phoenix, AZ 85020
(602) 315-7545
paul@fusion.law
beau@fusion.law
*Counsel for DeFi Education Fund*