AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Kentucky

| | |
|---|---|
| Kentucky, *et al.*, | ) |
| *Plaintiffs,* | ) |
| v. | ) |
| U.S. Securities and Exchange Commisson, *et al.*, | ) |
| *Defendants.* | ) |

Case No.   3:24-cv-00069-GFVT

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Oklahoma                                                                                                          .

Date:      04/01/2025

Garry M. Gakins, II
*Attorney's signature*

Garry M. Gaskins, II
*Printed name and bar number*
313 NE 21st Street
Oklahoma City, OK 73105

*Address*

Garry.Gaskins@oag.ok.gov
*E-mail address*

(405) 521-3921
*Telephone number*

(405) 521-4518
*FAX number*