UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| COMMONWEALTH OF KENTUCKY, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:24-cv-00069 |
| V. | ) ) | |
| U.S. SECURITIES AND EXCHANGE COMMISSION, *et al.*, | ) ) ) | **ORDER** |
| Defendants. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Defendants' Consented-To Motion to Hold Case in Abeyance.  [R. 74.]  As support, the Defendants state that due to a leadership transition in the Securities and Exchange Commission, this case could potentially be resolved.  *Id.* at 1.  The Plaintiffs do not object to holding this case in abeyance.  *Id.* at 2. Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. The Defendants' Motion **[R. 74]** is **GRANTED**;

2. All proceedings and deadlines in this matter are **STAYED** for 60 days; and

3. The parties **SHALL** jointly file a status report detailing the status of the case within thirty days of this Order.

This the 16th day of April, 2025.

Gregory F. Van Tatenhove
United States District Judge